# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO, | |
|     Plaintiff, | Case No. 2:14-cv-00102-MMD-GWF |
| vs. | **ORDER** |
| CLAUSING INDUSTRIAL, INC., | |
|     Defendant. | |

This matter is before the Court on the parties' Stipulation and Proposed Order to Extend Discovery Deadlines (#14) filed February 21, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that Stipulation and Proposed Order to Extend Discovery Deadlines (#14) is denied. The parties are to submit a proposed discovery plan and scheduling order by **March 6, 2014**.

DATED this 24th day of February, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge