**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLIE RESOSO, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-00102-MMD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| CLAUSING INDUSTRIAL, INC., | )<br>) |
| Defendant. | ) |

This matter is before the Court on the parties' Stipulation and Proposed Order to Extend Discovery Deadlines (#14) filed February 21, 2014. Upon review and consideration,

**IT IS HEREBY ORDERED** that Stipulation and Proposed Order to Extend Discovery Deadlines (#14) is denied. The parties are to submit a proposed discovery plan and scheduling order by **March 6, 2014**.

DATED this 24th day of February, 2014.

_/s/ George Foley Jr._
GEORGE FOLEY, JR.
United States Magistrate Judge