# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CLAUSING INDUSTRIAL, INC., ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:14-cv-00102-RFB-GWF <br><br> **ORDER** |

This matter is before the Court on Eglet Group's Emergency Motion to Withdraw as Counsel of Record for Plaintiff (#26) filed September 9, 2014, Defendant's Response (#27) filed September 11, 2014, and Plaintiff's Reply (#29) filed September 17, 2014. The Court conducted a hearing on September 19, 2014. After considering the papers submitted by the parties, as well as oral argument by counsel, the matter having been submitted following argument for decision, and good cause appearing,

**IT IS HEREBY ORDERED** that Eglet Group's Emergency Motion to Withdraw as Counsel of Record for Plaintiff (#26) is **granted, effective at 5:00 p.m. on Friday, September 26, 2014**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve Plaintiff, Charlie Resoso, with a copy of this order at the plaintiff's last known address:

>   Charlie Resoso
>   149 - 26th Street, Apt. 111
>   Atlanta, GA  30309

**IT IS FURTHER ORDERED** that the Clerk shall add the last known address of Plaintiff Charlie Resoso, 149 - 26th Street, Apt. 111, Atlanta, GA  30309, to the civil docket.

**IT IS FURTHER ORDERED** that a status conference is scheduled for **Friday, October 17, 2014 at 10:30 a.m.** in Courtroom 3A.  Plaintiff may appear telephonically for the hearing and is instructed to call telephone number: **(702) 868-4910, access code 123456,** five (5) minutes prior to the hearing time.  Please remain on the line until such time as the Court joins the call and convenes the proceedings.  The use of a cell phone or speaker phone during the call is **prohibited**.  *The call must be made using a land line.*

DATED this 19th day of September, 2014.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge