GEORGE D. YARON, ESQ. (State Bar #007959)
KEITH E. PATTERSON, ESQ. (CA State Bar #225753)
*Admitted Pro Hac Vice*
**YARON & ASSOCIATES**
601 California Street, 21st Floor
San Francisco, California 94108
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

PAMELA A. McKAY, ESQ. (State Bar #7812)
**McKAY LAW FIRM, Chtd.**
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
Telephone: (702) 835-6956
Facsimile: (702) 835-6957

Attorneys for Defendant CLAUSING INDUSTRIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO,<br><br>Plaintiff,<br><br>-vs-<br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC., d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br><br>Defendants.<br>_____<br>CLAUSING INDUSTRIAL, INC.<br><br>Cross-Claimant,<br><br>-vs-<br><br>ANILOX ROLL COMPANY, INC.<br><br>Cross-Defendant.<br>_____ | CASE NO.: 2:14-cv-00102-RFB-GWF<br><br>[PROPOSED] ORDER GRANTING CLAUSING INDUSTRIAL, INC.'s MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS [Docket No. 113] |

Defendant Clausing Industrial, Inc. ("Clausing") has moved this Court to remove incorrectly

---

[PROPOSED] Order Granting Motion to Remove Incorrectly Filed Document         -1-

filed Docket No. 113, which was a discovery document. Good cause shown, the Clerk shall remove the incorrectly-filed document (Docket No. 113).

**IT IS SO ORDERED**

DATED: April 13, 2017

_____
Magistrate Judge George Foley, Jr.