# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

CHARLIE RESOSO,

        Plaintiff,

vs.

CLAUSING INDUSTRIAL, INC.,

        Defendant.

Case No. 2:14-cv-00102-RFB-GWF

**ORDER**

    This matter is before the Court on Plaintiff's Motion to Compel Responses (ECF No. 136), filed on August 30, 2017. Defendant filed an Opposition (ECF No. 144) on September 13, 2017 and Plaintiff filed a Reply (ECF No. 146) on September 20, 2017. The Court conducted a hearing in this matter on September 29, 2017.

    During the hearing, this Court instructed the parties to conduct a meet and confer regarding the issues raised in Plaintiff's motion and those discussed in open court and file a status report describing those efforts. On October 16, 2017, the parties submitted a joint status report. Therein, the parties represent that meet and confer efforts were fruitful in that Defendant would supplement responses to both interrogatories #4, #15 and #22 and to Plaintiff's request for production of documents with information consistent with the responses to the interrogatories. Based on this information, the Court will grant Plaintiff's motion. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Responses (ECF No. 136) is **granted** to the extent that Defendant will supplement its responses as discussed in the parties' joint status report.

    DATED this 23rd day of October, 2017.

GEORGE FOLEY, JR.
United States Magistrate Judge