GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
KEIVAN A. ROEBUCK, ESQ.
Nevada Bar No. 14110
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
hayes@litchfieldcavo.com
roebuck@litchfieldcavo.com

*Attorneys for Defendant/Cross-Defendant*
*Anilox Roll Company, Inc. d/b/a*
*ARC International, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO,<br>　　　　　Plaintiff,<br>v.<br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC. d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br>　　　　　Defendants.<br>―――――――――――――――――<br>CLAUSING INDUSTRIAL, INC.<br>　　　　　Cross-Claimant,<br>v.<br>ANILOX ROLL COMPANY, INC.<br>　　　　　Cross-Defendant. | CASE NO.: 2:14-cv-00102-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY PLAN**<br>(First Request) |

///

///

///

1

**STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY PLAN**

IT IS HEREBY STIPULATED by and between Plaintiff CHARLIE RESOSO ("PLAINTIFF"), by and through his counsel of record, WILLIAM R. BRENSKE, ESQ. of the law firm of BRENSKE & ANDREEVSKI; Defendant/Cross-Defendant ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL ("ARC EAST"), by and through its counsel of record, GRIFFITH H. HAYES, ESQ. and KEIVAN A. ROEBUCK, ESQ. of the law firm of LITCHFIELD CAVO LLP; and Defendant CLAUSING INDUSTRIAL, INC. ("CLAUSING"), by and through its counsel of record, GEORGE D. YARON, ESQ. and KEITH E. PATTERSON, ESQ. of the law firm of YARON & ASSOCIATIES, to extend discovery deadlines for good cause shown. This Stipulation and Proposed Order is submitted pursuant to and in compliance with LR IA 6-1 and LR 26-4, as follows:

**1. Statement Specifying the Discovery Completed**

On September 28, 2017, ARC EAST filed its Motion for Summary Judgment ("MSJ"). On September 29, 2017, ARC EAST's Motion for Protective Order Regarding the FRCP 30(b)(6) Deposition of ARC EAST was heard by United States Magistrate Judge George W. Foley. ARC EAST's Motion for Protective Order was granted, and as such, ARC EAST agreed to make its FRCP 30(b)(6) witnesses available at a time convenient for all parties. The Court also held in abeyance ARC EAST's disclosure of expert witnesses pending a further ruling by the Court on ARC EAST's MSJ. The Court further held that should the Court deny the MSJ, the parties will be given adequate time to designate/disclose expert witnesses, rebuttal witnesses and complete disclosure, as discussed in open court.

**2. A Specific Description of the Discovery that Remains to be Completed**

The FCRP 30(b)(6) depositions must be completed, ARC EAST's MSJ must be fully briefed, and the parties need to designate/disclose expert witnesses, rebuttal witnesses, and complete disclosure.

**3. Reasons Why Discovery Is Not Completed**

Because of a family medical emergency concerning one of ARC EAST's FRCP 30(b)(6) deponents, ARC EAST needs to move the FRCP 30(b)(6) depositions to a later date.

### 4. Proposed Schedule for Completing All Remaining Discovery

The parties request a brief extension as follows:

| | Current Dates | Proposed New Dates |
|---|---|---|
| FRCP 30(b)(6) depositions of ARC EAST | November 15, 2017<br>November 16, 2017 | December 14, 2017 at 10:30 a.m.<br>December 15, 2017 at 9:00 a.m. |
| Oppositions to ARC EAST's MSJ | December 18, 2017 | January 19, 2018 |
| ARC EAST's Reply in Support of MSJ | January 10, 2018 | February 2, 2018 |
| ARC EAST's Motion to Further Stay Disclosure of Expert Witnesses | January 17, 2018 | February 9, 2018 |

All other discovery cut-off dates stated in the parties' Discovery Plan and Scheduling Order filed October 17, 2017 remain unchanged. These dates include:

| | |
|---|---|
| Discovery Cut Off Date | January 29, 2018 |
| Amending Pleadings and Adding Parties | CLOSED |
| Dispositive Motions | March 1, 2018 |
| Pretrial Order | April 2, 2018 |

The undersigned respectively have the authority to execute this Stipulation and bind the respective parties hereto.

DATED this ___ day of November, 2017.

BRENSKE & ANDREEVSKI

By: _____
WILLIAM R. BRENSKE, ESQ.
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Charlie Resoso*

DATED this ___ day of November, 2017.

LITCHFIELD CAVO LLP

By: _____
GRIFFITH H. HAYES, ESQ.
KEIVAN A. ROEBUCK, ESQ.
3993 Howard Hughes Pwky, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant/Cross-Defendant Anilox Roll Company, Inc. d/b/a ARC International, Inc.*

DATED this 14th day of November, 2017.

**YARON & ASSOCIATES**

By: /s/ Keith E. Patterson
    GEORGE D. YARON, ESQ.
    KEITH E. PATTERSON, ESQ.
    1300 Clay Street, Suite 800
    Oakland, CA 94612
    *Attorneys for Defendant/Cross-Claimant*
    *Clausing Industrial, Inc*

IT IS SO ORDERED.

DATED this __16__ day of ____November____, 2017

_____
UNITED STATES MAGISTRATE JUDGE