GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
KEIVAN A. ROEBUCK. ESQ.
Nevada Bar No. 14110
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
hayes@litchfieldcavo.com
roebuck@litchfieldcavo.com

*Attorneys for Defendant/Cross-Defendant
Anilox Roll Company, Inc. d/b/a
ARC International, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO,<br>　　　　Plaintiff,<br>v.<br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC. d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br>　　　　Defendants.<br><br>CLAUSING INDUSTRIAL, INC.<br>　　　　Cross-Claimant,<br>v.<br><br>ANILOX ROLL COMPANY, INC.<br>　　　　Cross-Defendant. | CASE NO.: 2:14-cv-00102-RFB-GWF<br><br>**STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY PLAN**<br>(Second Request) |

///

///

///

1

## STIPULATION AND PROPOSED ORDER TO AMEND DISCOVERY PLAN

IT IS HEREBY STIPULATED by and between Plaintiff CHARLIE RESOSO ("PLAINTIFF"), by and through his counsel of record, WILLIAM R. BRENSKE, ESQ. of the law firm of BRENSKE & ANDREEVSKI; Defendant/Cross-Defendant ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL ("ARC EAST"), by and through its counsel of record, GRIFFITH H. HAYES, ESQ. and KEIVAN A. ROEBUCK, ESQ. of the law firm of LITCHFIELD CAVO LLP; and Defendant CLAUSING INDUSTRIAL, INC. ("CLAUSING"), by and through its counsel of record, GEORGE D. YARON, ESQ. and KEITH E. PATTERSON, ESQ. of the law firm of YARON & ASSOCIATIES, to extend discovery deadlines for good cause shown. This Stipulation and Proposed Order is submitted pursuant to and in compliance with LR IA 6-1 and LR 26-4, as follows:

### 1. Statement Specifying the Discovery Completed

On September 28, 2017, ARC EAST filed its Motion for Summary Judgment ("MSJ"). On September 29, 2017, ARC EAST's Motion for Protective Order Regarding the FRCP 30(b)(6) Deposition of ARC EAST was heard by United States Magistrate Judge George W. Foley. ARC EAST's Motion for Protective Order was granted, and as such, ARC EAST agreed to make its FRCP 30(b)(6) witnesses available at a time convenient for all parties. The Court also held in abeyance ARC EAST's disclosure of expert witnesses pending a further ruling by the Court on ARC EAST's MSJ. The Court further held that should the Court deny the MSJ, the parties will be given adequate time to designate/disclose expert witnesses, rebuttal witnesses and complete disclosure, as discussed in open court.

On December 14, 2017 and December 15, 2017, the FRCP 30(b)(6) deposition of ARC EAST was held. During that time, the parties learned that there are additional persons most knowledgeable of ARC EAST that will need to be deposed in order to complete the FRCP 30(b)(6) deposition of ARC EAST.

///
///
///

### 2. A Specific Description of the Discovery that Remains to be Completed

The FCRP 30(b)(6) deposition must be completed, ARC EAST's MSJ must be fully briefed, and the parties need to designate/disclose expert witnesses, rebuttal witnesses, and complete disclosure.

### 3. Reasons Why Discovery Is Not Completed

Because of a family medical emergency concerning one of ARC EAST's FRCP 30(b)(6) deponents, ARC EAST needed to move the FRCP 30(b)(6) deposition to a later date, which was the basis of the parties' Stipulation and Order to Amend Discovery Plan (First Request). Now that the FRCP 30(b)(6) deposition has begun, it was discovered that additional persons most knowledgeable of ARC EAST need to be deposed in order to complete the FRCP 30(b)(6) deposition.

### 4. Proposed Schedule for Completing All Remaining Discovery

The parties request a brief extension as follows:

|  | Current Dates | Proposed New Dates |
| --- | --- | --- |
| FRCP 30(b)(6) depositions of ARC EAST | December 14, 2017<br>December 15, 2017 | January 22, 2018 |
| Oppositions to ARC EAST's MSJ | January 19, 2018 | February 23, 2018 |
| ARC EAST's Reply in Support of MSJ | February 2, 2018 | March 16, 2018 |
| ARC EAST's Motion to Further Stay Disclosure of Expert Witnesses | February 9, 2018 | March 23, 2018 |
| Discovery Cut Off Date | January 29, 2018 | March 15, 2018 |
| Dispositive Motions | March 1, 2018 | April 13, 2018 |
| Pretrial Order | April 2, 2018 | May 11, 2018 |

All other discovery terms stated in the parties' Discovery Plan and Scheduling Order filed October 17, 2017 remain unchanged.

Counsel will meet and confer regarding the sequence and timing of each person most knowledgeable for ARC EAST's FRCP 30(b)(6) deposition set to continue on January 22, 2018. Counsel will reach an agreement as to the aforementioned sequence and timing by January 5, 2018.

The undersigned respectively have the authority to execute this Stipulation and bind the respective parties hereto.

DATED this 4th day of January, 2018.

**BRENSKE & ANDREEVSKI**

By: /s/ William R. Brenske
WILLIAM R. BRENSKE, ESQ.
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Plaintiff Charlie Resoso*

DATED this 4th day of January, 2018.

**LITCHFIELD CAVO LLP**

By: /s/ Keivan A. Roebuck
GRIFFITH H. HAYES, ESQ.
KEIVAN A. ROEBUCK, ESQ.
3993 Howard Hughes Pwky, Suite 100
Las Vegas, Nevada 89169
*Attorneys for Defendant/Cross-Defendant Anilox Roll Company, Inc. d/b/a ARC International, Inc.*

DATED this ___ day of December, 2017.

**YARON & ASSOCIATES**

By:_____
GEORGE D. YARON, ESQ.
KEITH E. PATTERSON, ESQ.
1300 Clay Street, Suite 800
Oakland, CA 94612
*Attorneys for Defendant/Cross-Claimant Clausing Industrial, Inc*

IT IS SO ORDERED.

DATED this 5th day of January, 2018

_____
UNITED STATES MAGISTRATE JUDGE

1  The undersigned respectively have the authority to execute this Stipulation and bind the
2  respective parties hereto.
3
4  DATED this ___ day of December, 2017.           DATED this ___ day of December, 2017.
5  **BRENSKE & ANDREEVSKI**                        **LITCHFIELD CAVO LLP**
6
7  By:_____               By:_____
      WILLIAM R. BRENSKE, ESQ.                         GRIFFITH H. HAYES, ESQ.
8     3800 Howard Hughes Pkwy, Suite 500               KEIVAN A. ROEBUCK, ESQ.
      Las Vegas, Nevada 89169                          3993 Howard Hughes Parkway, Suite 100
9     *Attorneys for Plaintiff Charlie Resoso*         Las Vegas, Nevada 89169
                                                      *Attorneys for Defendant/Cross-Defendant Anilox
10                                                    Roll Company, Inc. d/b/a ARC International, Inc.*
11
12 DATED this 29 day of December, 2017.
13 **YARON & ASSOCIATES**
14
15 By:_____
      GEORGE D. YARON, ESQ.
16    KEITH E. PATTERSON, ESQ.
      1300 Clay Street, Suite 800
17    Oakland, CA 94612
      *Attorneys for Defendant/Cross-Claimant
18    Clausing Industrial, Inc*
19
20                                                  IT IS SO ORDERED.
21                                                  DATED this ____ day of _____, 2017
22
23                                                  _____
24                                                  **UNITED STATES MAGISTRATE JUDGE**
25
26
27
28

4