GEORGE D. YARON, ESQ. (NV State Bar #007959)
KEITH E. PATTERSON, ESQ (CA State Bar #225753)
*Admitted Pro Hac Vice*
**YARON & ASSOCIATES**
1300 Clay Street, Suite 800
Oakland, CA 94612
Telephone: (415) 658-2929
Facsimile: (415) 658-2930

PAMELA A. McKAY, ESQ. (NV State Bar #7812)
**McKAY LAW FIRM, Chtd.**
3295 N. Fort Apache Rd., Suite 150
Las Vegas, NV 89129
Telephone: (702) 835-6956
Facsimile: (702) 835-6957

Attorneys for Defendant CLAUSING INDUSTRIAL, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHARLIE RESOSO,

    Plaintiff,

vs.

CLAUSING INDUSTRIAL, INC.; ANILOX
ROLL COMPANY, INC. d/b/a ARC
INTERNATIONAL, INCLUSIVE,

    Defendants.

CLAUSING INDSTRIAL, INC.,

    Cross-Claimant,

vs.

ANILOX ROLL COMPANY, INC. d/b/a
ARC INTERNATIONAL,

    Cross-Defendant.

CASE NO. 2:14-cv-00102-RFB GWF

**STIPULATION REGARDING
THE FILING DEADLINE FOR
OPPOSITIONS TO ANILOX
ROLL COMPANY, INC.'S
MOTION FOR SUMMARY
JUDGMENT**

- 1-

1      IT IS HEREBY AGREED BY AND BETWEEN Plaintiff CHARLIE RESOSO ("Plaintiff"), by
2 and through his attorney of record, WILLIAM R. BRENSKE, ESQ., of the Law Office of William R.
3 Brenske, Defendant CLAUSING INDUSTRIAL, INC. ("Clausing"), by and through its attorneys of
4 record, GEORGE D. YARON, ESQ. and KEITH E. PATTERSON, ESQ., of the law firm of Yaron &
5 Associates, and ANILOX ROLL COMPANY, INC., d/b/a ARC INTERNATIONAL ("Anilox"), by and
6 through its attorneys of record, GRIFFITH H. HAYES, ESQ. and KEIVAN A. ROEBUCK, ESQ. of
7 Litchfield Cavo, LLP, that:

8 1.     Defendant Anilox has filed a Motion for Summary Judgment ("Motion"). The parties had
9        previously mutually agreed that the deadline to file the Response to the Motion was
10        February 23, 2018.

11 2.     Because of a family medical emergency concerning one of Anilox's FRCP 30(b)(6) deponents,
12        Anilox needed to move the FRCP 30(b)(6) deposition to a later date. Anilox produced five
13        witnesses pursuant to requests from counsel for Plaintiff and Clausing. The depositions of the
14        witnesses did not conclude until <u>January 24, 2018</u>.

15 3.     The Court Reporter indicated that the transcripts from Anilox's FRCP 30(b)(6) deposition would
16        be ready by February 5, 2018. In order to adequately respond to Anilox Roll Company, Inc.'s
17        Motion, the transcripts need to be reviewed by counsel and the parties' experts. However, the
18        transcripts have not been completed by the Court Reporter.

19 4.     Counsel for Plaintiff and counsel for defendant Clausing have requested Counsel for Anilox to
20        voluntarily agree that Plaintiff and Clausing may have additional time to file a response to Anilox's
21        Motion. Anilox does not object to and agrees to this request by counsel for Plaintiff and counsel
22        for Clausing. Further, the parties hereby stipulate that Plaintiff and Clausing shall have until
23        **March 12, 2018**, to file a Response to Anilox's Motion. The reply of Anilox to these responses
24        will be due April 4, 2018.

25 ///
26 ///
27 ///
28 ///

1        The undersigned respectively have the authority to execute this Stipulation and bind the respective

2  parties hereto.

3

4  DATED this 14th day of February, 2018         DATED this th day of February, 2018

5  By: _____         By: _____

6  WILLIAM R. BRENSKE, ESQ.             GEORGE D. YARON, ESQ.
    Nevada Bar No. 1806                   Nevada Bar No. 007959

7  RYAN D. KRAMETBAUER            KEITH E. PATTERSON, ESQ.
    Nevada Bar No. 12800                  California Bar No. 225753

8  LAW OFFICE OF WILLIAM R. BRENSKE    *Admitted Pro Hac Vice (Nevada)*
                                YARON & ASSOCIATES

9  3800 Howard Hughes Parkway, Suite 500    1300 Clay Street, 8th Floor
    Las Vegas, Nevada 89169              Oakland, California 94612

10  Attorneys for Plaintiff Charlie Resoso     Attorneys for Clausing Industrial, Inc.

11                                -AND-

12                                PAMELA A. MCKAY, ESQ.
                                Nevada Bar No. 7812

13                                MCKAY LAW FIRM, CHTD.
                                3295 N. Fort Apache Rd., Suite 150

14                                Las Vegas, Nevada 89129

15                                Attorneys for Clausing Industrial, Inc.

16  DATED this 13 th day of February, 2018

17

18  By: _____
    GRIFFITH H. HAYES, ESQ.

19  Nevada Bar No. 7374
    KEIVAN A. ROEBUCK, ESQ.

20  Nevada Bar No. 14110
    LITCHFIELD CAVO LLP

21  3993 Howard Hughes Parkway, Suite 100

22  Las Vegas, Nevada 89169
    Attorneys for Defendant

23  Anilox Roll Company, Inc., d/b/a ARC International

24

25             IT IS SO ORDERED.

26        DATED this __16th__ day of __February__ 2018.

27

28       _____
       UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I am over 18 years of age and not a party to the within action. I am employed in the County of Alameda; my business address is Yaron & Associates, 1300 Clay Street, Suite 800, Oakland, California 94612.

On **February 15, 2018**, I served the within:

**STIPULATION REGARDING THE FILING DEADLINE FOR OPPOSITIONS TO ANILOX ROLL COMPANY, INC.'S MOTION FOR SUMMARY JUDGMENT**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

*TO ALL PARTIES ON THE ECF SERVICE LIST*

✖    **VIA ELECTRONIC SERVICE:** I served a true copy, with all exhibits, electronically on designated recipients through PACER. Upon completion of electronic transmission of said document(s), a receipt is issued to serving party acknowledging receipt by PACER's system. Once PACER has served all designated recipients, proof of electronic service is returned to the filing party which will be maintained with the original document(s) in our office. This service complies with CCP §101.6.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on **February 15, 2018**, at Oakland, California.

Kelly Forst
Kforst@yaronlaw.com