GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
KEIVAN A. ROEBUCK. ESQ.
Nevada Bar No. 14110
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada  89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
hayes@litchfieldcavo.com
roebuck@litchfieldcavo.com

*Attorneys for Defendant/Cross-Defendant*
*Anilox Roll Company, Inc. d/b/a*
*ARC International, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO,<br>           Plaintiff,<br><br>v.<br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC. d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br><br>        Defendants. | CASE NO.:  2:14-cv-00102-RFB-GWF<br><br><br><br>**STIPULATION AND ORDER REGARDING THE FILING DEADLINE FOR ANILOX ROLL COMPANY, INC.'S MOTION TO FURTHER STAY DISCLOSURE OF EXPERT WITNESSES (Third Request)** |
| CLAUSING INDUSTRIAL, INC.<br><br>        Cross-Claimant,<br><br>v.<br><br>ANILOX ROLL COMPANY, INC.<br><br>        Cross-Defendant. | |

///

///

///

IT IS HEREBY STIPULATED by and between Plaintiff CHARLIE RESOSO ("PLAINTIFF"), by and through his counsel of record, WILLIAM R. BRENSKE, ESQ. of the law firm of BRENSKE & ANDREEVSKI; Defendant/Cross-Defendant ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL ("ARC EAST"), by and through its counsel of record, GRIFFITH H. HAYES, ESQ. and KEIVAN A. ROEBUCK, ESQ. of the law firm of LITCHFIELD CAVO LLP; and Defendant CLAUSING INDUSTRIAL, INC. ("CLAUSING"), by and through its counsel of record, GEORGE D. YARON, ESQ. and KEITH E. PATTERSON, ESQ. of the law firm of YARON & ASSOCIATES, that:

1. On September 28, 2017, ARC EAST filed its Motion for Summary Judgment ("MSJ").

2. On September 29, 2017, ARC EAST's Motion for Protective Order Regarding the FRCP 30(b)(6) Deposition of ARC EAST was heard by United States Magistrate Judge George W. Foley. At the hearing, the Court held in abeyance ARC EAST's disclosure of expert witnesses pending a further ruling by the Court on ARC EAST's MSJ. The Court further held that should the Court deny the MSJ, the parties will be given adequate time to designate/disclose expert witnesses, rebuttal witnesses and complete disclosure, as discussed in open court. It also ordered ARC EAST to file a motion to further stay disclosure of its experts ("Motion to Stay Expert Disclosures").

3. Because of a family emergency concerning one of ARC EAST's FRCP 30(b)(6) deponents, ARC EAST needed to move the FRCP 30(b)(6) deposition to a later date. ARC EAST produced five witnesses pursuant to requests from counsel for PLAINTIFF and CLAUSING. The depositions of the five witnesses did not conclude until January 24, 2018.

4. The Court Reporter indicated that the transcripts from ARC EAST's FRCP 30(b)(6) deposition would be ready by February 5, 2018. However, the transcripts were not completed by the anticipated date.

5. To adequately respond to ARC EAST's MSJ, the transcripts needed to be reviewed by counsel and the parties' experts, if any. Counsel for PLAINTIFF and counsel for CLAUSING requested counsel for ARC EAST to voluntarily agree to PLAINTIFF and CLAUSING having additional time to file a response to ARC EAST's MSJ. The parties

stipulated to PLAINTIFF and CLAUSING having until March 12, 2018 to file a response to ARC EAST's MSJ. The parties also stipulated to ARC EAST having until April 4, 2018 to file its reply in support of its MSJ. This Court has ordered these extended deadlines.

6. Counsel for ARC EAST must also review the transcripts in order to adequately file its Motion to Stay Expert Disclosures. Before filing its Motion to Stay Expert Disclosures, however, counsel for ARC EAST must review the responses of PLAINTIFF and CLAUSING to ARC EAST's MSJ and then file a reply in support of ARC EAST's MSJ. As a result of the foregoing, counsel for ARC EAST has requested that counsel for PLAINTIFF and counsel for CLAUSING voluntarily agree to allow ARC EAST to have additional time to file its Motion to Stay Expert Disclosures. The current deadline is **March 23, 2018**. The parties hereby stipulate that ARC EAST shall have until **April 13, 2018** to file its Motion to Stay Expert Disclosures.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

The undersigned respectively have the authority to execute this Stipulation and bind the respective parties hereto.

DATED this 20th day of March, 2018.

**BRENSKE & ANDREEVSKI**

By: /s/ William R. Brenske
    WILLIAM R. BRENSKE, ESQ.
    3800 Howard Hughes Pkwy, Suite 500
    Las Vegas, Nevada 89169
    *Attorneys for Plaintiff Charlie Resoso*

DATED this 20th day of March, 2018.

**LITCHFIELD CAVO LLP**

By:
    GRIFFITH H. HAYES, ESQ.
    KEIVAN A. ROEBUCK, ESQ.
    3993 Howard Hughes Pwky, Suite 100
    Las Vegas, Nevada 89169
    *Attorneys for Defendant/Cross-Defendant Anilox Roll Company, Inc. d/b/a ARC International, Inc.*

DATED this 20th day of March, 2018.

**YARON & ASSOCIATES**

By: /s/ Keith E. Patterson
    GEORGE D. YARON, ESQ.
    KEITH E. PATTERSON, ESQ.
    1300 Clay Street, Suite 800
    Oakland, CA 94612
    *Attorneys for Defendant/Cross-Claimant Clausing Industrial, Inc.*

IT IS SO ORDERED.

DATED this 21st day of _____ March _____, 2018

_____
**UNITED STATES MAGISTRATE JUDGE**