Leland Eugene Backus, Esq.
Nevada State Bar No. 00473
Xiao Wen (Shirley) Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tele: (702) 872-5555
Fax: (702) 872-5545
gbackus@backuslaw.com
shirleyjin@backuslaw.com
*Attorneys for Third-Party Defendant Dominion Air & Machinery Co.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO, <br><br>　　　　Plaintiff, <br><br>v. <br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC. d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive, <br><br>　　　　Defendants. | Case No. 2:14-cv-00102-RFB-GWF <br><br> **[PROPOSED] ORDER GRANTING THIRD-PARTY DEFENDANT DOMINION AIR & MACHINERY CO.'S MOTION TO MODIFY SCHEDULING ORDER (ECF NO. 239)** |
| CLAUSING INDUSTRIAL, INC., <br><br>　　　　Cross-Claimant, <br><br>v. <br><br>ANILOX ROLL COMPANY, INC. <br><br>　　　　Cross-Defendant. | |
| ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, <br><br>　　　　Third-Party Plaintiff, <br><br>v. | |

1

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545

DOMINION AIR & MACHINERY CO.

    Third-Party Defendant.

  Before the Court is Third-Party Defendant Dominion Air & Machinery Co.'s Motion to Modify Scheduling Order (ECF No. 239) ("Motion").

  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion. Here, Defendant Anilox Roll Company, Inc. and Defendant Clausing Industrial Inc. have each filed a non-opposition to the Motion. Plaintiff Charlie Resoso has not filed an opposition and the time to file an opposition has passed.

  Accordingly, and for good cause shown,

  IT IS HEREBY ORDERED that Third-Party Defendant Dominion Air & Machinery Co.'s Motion to Modify Scheduling Order (ECF No. 239) is GRANTED.

  IT IS FURTHER ORDERED that Third-Party Defendant Dominion Air & Machinery Co. shall have thirty (30) days from the date of this order to file a motion for summary judgment.

  IT IS SO ORDERED.

  DATED: September 21, 2018.

                RICHARD F. BOULWARE, II
                United States District Court