WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
BRENSKE ANDREEVSKI & KRAMETBAUER
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 385-3300
Facsimile: (702) 385-3823
Email: wbrenske@hotmail.com
*Attorneys for Plaintiff,*
*Charlie Resoso*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLIE RESOSO,<br><br>Plaintiff,<br>v.<br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-00102-RFB-GWF |
| CLAUSING INDUSTRIAL, INC.<br><br>Cross-Claimant,<br>v.<br><br>ANILOX ROLL COMPANY, INC.<br><br>Cross-Defendant. | **STIPULATION TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br>**(First Request)** |
| ANILOX ROLL COMPANY, INC. D/B/A ARC INTERANTIONAL,<br><br>Third-Party Plaintiff,<br>v.<br><br>DOMINION AIR & MACHINERY CO.<br><br>Third-Party Defendant | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, Plaintiff Charlie Resoso and Defendant/Cross-Claimant Clausing Industrial, Inc., Defendant/Cross-Defendant/Third-

Party Plaintiff Anilox Roll Company, Inc., d/b/a Arc International, and Third-Party Defendant Dominion Air & Machinery Co. (respectfully collectively, the "Parties"), by and through their respective counsel, and in accordance with LR IA 6-1 and Fed. R. Civ. Proc. 6(b)(1)(A), that the due date of September 10, 2018 for the Parties to file the Joint Pre-Trial Order, to include FRCP 26(a)(3), be extended thirty (30) days from this Court's ruling on Third-Party Defendant's Dominion Air & Machinery Co.'s Motion to Modify Scheduling Order (ECF No. 239) if denied. However, if the Court grants the motion to modify the scheduling order, the Parties request that the deadline to file the Joint Pretrial Order, to include FRCP 26(a)(3), coincide with that deadline in this Court's order modifying the scheduling order.

The Parties do not seek this request for an extension of time for any improper purpose or to delay these proceedings unnecessarily. Counsel for the Parties have met and conferred, and have agreed that extending the Joint Pre-Trial Order deadline best serves the interests of the Parties following the Court's ruling on Defendant Clausing Industrial's Motion for Summary Judgment (ECF No. 184) and Defendant Anilox Roll Company, Inc.'s Motions for Summary Judgment (ECF Nos. 147, 178).

WHEREFORE, the Parties respectfully request that this Court extend the time for the Parties to file their Joint Pre-Trial Order, to include FRCP 26(a)(3), thirty (30) days from this Court's ruling on Third-Party Defendant's Dominion Air & Machinery Co.'s Motion to Modify Scheduling Order

///

///

///

///

///

///

(ECF No. 239) if denied. However, if the motion is granted, the Parties are to apply the new deadline for the Joint Pretrial Order as indicated in the modified scheduling order.

DATED this 6th day of September 2018.            DATED this 6th day of September 2018.

**BRENSKE ANDREEVSKI & KRAMETBAUER**            **YARON & ASSOCIATES**

/s/William R. Brenske, Esq.                     /s/Keith E. Patterson, Esq.
WILLIAM R. BRENSKE, ESQ.                        GEORGE D. YARON
Nevada Bar No. 1806                             Nevada Bar No.: 7959
3800 Howard Hughes Parkway, Suite 500           KEITH E. PATTERSON
Las Vegas, Nevada 89169                         California Bar No.: 225753
*Attorneys for Plaintiff,*                      1300 Clay Street, Suite 800
*Charlie Resoso*                                Oakland, CA 94612
                                                *Attorneys for Defendant,*
                                                *Clausing Industrial, Inc.*
                                                *And*
                                                PAMELA A. MCKAY
                                                Nevada Bar No.: 7812
                                                McKay Law Firm, Chtd.
                                                9320 Sun City Blvd., Suite 104
                                                Las Vegas NV 89134
                                                *Attorneys for Defendant,*
                                                *Clausing Industrial, Inc.*

DATED this 6th day of September 2018.            DATED this 6th day of September 2018.

**LITCHFIELD CAVO, LLP**                        **BACKUS, CARRANZA & BURDEN**

/s/Keivan Roebuck, Esq.                         /s/Leland Eugene Backus, Esq.
GRIFFITH H. HAYES                               LELAND EUGENE BACKUS
Nevada Bar No.: 7374                            Nevada Bar No.: 0473
KEIVAN ROEBUCK                                  XIAO WEN (SHIRLEY) JIN
Nevada Bar No.: 14110                           Nevada Bar No.: 13901
3993 Howard Hughes Parkway, Suite 100           3050 South Durango Drive
Las Vegas, Nevada 89169                         Las Vegas, Nevada 89117
*Attorneys for Defendant,*                      *Attorneys for Third-Party Defendant,*
*and Third-Party Plaintiff,*                    *Dominion Air & Machinery, CO*
*Anilox Roll Company, Inc., d/b/a ARC International*

**ORDER**

IT IS SO ORDERED.

DATED this 21st day of Septembet, 2018.

_____
RICHARD F. BOULWARE, II
United States District Court