Leland Eugene Backus, Esq.
Nevada State Bar No. 0473
Xiao Wen (Shirley) Jin, Esq.
Nevada State Bar No. 13901
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
Tele: (702) 872-5555
Fax: (702) 872-5545
gbackus@backuslaw.com
ShirleyJin@backuslaw.com
*Attorneys for Third-Party Defendant*
*Dominion Air & Machinery Co.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO,<br><br>PLAINTIFF,<br><br>v.<br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC. d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br><br>DEFENDANTS. | Case No. 2:14-cv-00102-RFB-GWF<br><br>**STIPULATION AND ORDER DISMISSING CROSS-CLAIM AGAINST CLAUSING INDUSTRIAL, INC.** |
| CLAUSING INDUSTRIAL, INC.,<br><br>CROSS-CLAIMANT,<br><br>v.<br><br>ANILOX ROLL COMPANY, INC.<br><br>CROSS-DEFENDANT | |
| ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL,<br><br>THIRD-PARTY PLAINTIFF<br><br>v.<br><br>DOMINION AIR & MACHINERY CO.<br><br>THIRD-PARTY DEFENDANT | |

## STIPULATION AND ORDER DISMISSING CROSS-CLAIM AGAINST CLAUSING INDUSTRIAL, INC.

Defendant and Cross-Defendant, Clausing Industrial, Inc., by and through its counsel of record, George D. Yaron, Esq. of Yaron & Associates and Third-Party Defendant and Cross-Claimant, Dominion Air & Machinery Co., by and through its counsel of record, Leland Eugene Backus, Esq. of Backus Carranza Burden do hereby stipulate and agree as follows:

1. The Cross-Claim Against Clausing Industrial, Inc. brought by Dominion Air & Machinery Co. and set forth in the Amended Answer to Third-Party Complaint Against Dominion Air & Machinery Co. and Cross-Claim Against Clausing Industrial, Inc. [ECF #219] may be dismissed without prejudice by the Court.

2. These parties respectfully agree to each bear their own costs and fees incurred in reference to this cross-claim.

IT IS SO STIPULATED.

DATED: this 16th day of January, 2019

**BACKUS, CARRANZA & BURDEN**

 /s/ Leland Eugene Backus
Leland Eugene Backus, Esq.
Nevada Bar No. 00473
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Third-Party Defendant/
Cross-Claimant,
*Dominion Air & Machinery Co.*

DATED: this 16th day of January, 2019

**YARON & ASSOCIATES**

/s/ George D. Yaron
George D. Yaron, Esq.
Nevada Bar No. 007959
1300 Clay Street, Suite 800
Oakland, CA 94612
Attorneys for Defendant/Cross-Defendant,
*Clausing Industrial, Inc.*

## ORDER

Pursuant to the above Stipulation of the Defendant and Cross-Defendant, Clausing Industrial, Inc., and Third-Party Defendant and Cross-Claimant, Dominion Air & Machinery Co. , and for good cause appearing:

IT IS HEREBY ORDERED that the Cross-Claim Against Clausing Industrial, Inc. brought by Dominion Air & Machinery Co. and set forth in the Amended Answer to Third-Party

2

Complaint Against Dominion Air & Machinery Co. and Cross-Claim Against Clausing Industrial, Inc. [ECF #219] is dismissed without prejudice.

DATED: this __17th__ day of January, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

BACKUS, CARRANZA & BURDEN
3050 SOUTH DURANGO
LAS VEGAS, NEVADA 89117
TELE: (702) 872-5555   FAX: (702) 872-5545