GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
KEIVAN A. ROEBUCK. ESQ.
Nevada Bar No. 14110
LITCHFIELD CAVO LLP
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
hayes@litchfieldcavo.com
roebuck@litchfieldcavo.com

*Attorneys for Defendant/Cross-Defendant/Third-Party Plaintiff*
*Anilox Roll Company, Inc. d/b/a ARC International, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHARLIE RESOSO,<br>　　　　Plaintiff,<br>v.<br><br>CLAUSING INDUSTRIAL, INC., ANILOX ROLL COMPANY WEST, INC. d/b/a ARC INTERNATIONAL; ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL, inclusive,<br>　　　　Defendants. | CASE NO.: 2:14-cv-00102-RFB-GWF<br><br>**STIPULATION AND ORDER TO DISMISS ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL** |
| CLAUSING INDUSTRIAL, INC.<br>　　　　Cross-Claimant,<br>v.<br><br>ANILOX ROLL COMPANY, INC.<br>　　　　Cross-Defendant. | |
| ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL,<br>　　　　Third-Party Plaintiff,<br>v.<br><br>DOMINION AIR & MACHINERY CO.<br>　　　　Third-Party Defendant. | |
1

| | |
|---|---|
| DOMINION AIR & MACHINERY, CO. | |
| Cross-Claimant, | |
| v. | |
| CLAUSING INDUSTRIAL, INC. | |
| Cross-Defendant. | |

DEFENDANT/CROSS-DEFENDANT/THIRD-PARTY PLAINTIFF ANILOX ROLL COMPANY, INC. d/b/a ARC INTERNATIONAL ("ARC East") by and through its attorneys of record, the law firm of LITCHFIELD CAVO LLP, and PLAINTIFF, CHARLIE RESOSO ("Resoso"), by and through his attorneys of record, the law firm of BRENSKE, ANDREEVSKI & KRAMETHAUER, do hereby stipulate and agree as follows:

1. The Second Amended Complaint as against ARC East is dismissed with prejudice [ECF 106];

2. Counsel for Clausing Industrial, Inc. ("Clausing") refused to sign the Stipulation and Order to dismiss the Cross-Claim of Clausing as against ARC East [ECF 108], however pursuant to the Order of this Court granting ARC East's Motion for Determination of Good Faith Settlement [ECF 275] the Cross-Claim of Clausing is dismissed with prejudice by operation of law; and

3. Each party is to bear their own attorney's fees and costs.

IT IS SO STIPULATED.

Dated: January 22, 2019        LITCHFIELD CAVO LLP

By: _____
GRIFFITH H. HAYES, ESQ.
Nevada Bar No. 7374
KEIVAN A. ROEBUCK, ESQ.
Nevada Bar No. 14110
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
T: (702) 949-3100/F: (702) 916-1776
hayes@litchfieldcavo.com
roebuck@litchfieldcavo.com

*Attorneys for Defendant/Cross-Defendant/Third-Party Plaintiff Anilox Roll Company, Inc. d/b/a ARC International, Inc.*

Dated: January 23, 2019	BRENSKE, ANDREEVSKI & KRAMETBAUER

By: /s/ William R. Brenske
WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
T: 702-385-3300
Email: Wbrenske@hotmail.com

*Attorneys for Plaintiff, Charlie Resoso*

### ORDER

IT IS ORDERED that:

1. The Second Amended Complaint as against ARC East is dismissed with prejudice [ECF 106];

2. The Cross-Claim of Clausing as against ARC East [ECF 108], is dismissed with prejudice by operation of law; and

3. Each party is to bear their own attorney's fees and costs.

Dated: January 28, 2019.

RICHARD F. BOULWARE, II
United States District Judge

3